UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re PAMELA THOMPSON,

    Petitioner

Case No. 13-cv-02676-JST (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions she suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

Dated: June 18, 2013

                                        JON S. TIGAR  
                                        United States District Judge